# United States District Court

## EASTERN DISTRICT OF WISCONSIN

COURTNEY ALAN SCOTT,

JUDGMENT IN A CIVIL CASE

     Plaintiff,

     v.                         CASE NUMBER: 07-C-184

SANDRA  RHODES, RHODES PUBLISHING,
and DAYTONA RHODES,

     Defendants.

☒     Decision by Court. This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that defendant Daytona Rhodes be and hereby is dismissed from this action.

     IT IS ALSO ORDERED that this action be and hereby is dismissed

January 15, 2009
Date

Jon W. Sanfilippo
Clerk

s/M. Murawski
(By) Deputy Clerk

Approved this 15th day of January, 2009

s/Patricia J. Gorence
Patricia J. Gorence, U.S. Magistrate Judge